**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WENDY M. WILLIAMS,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:25-00037-KD-MU** |
| | ) | |
| **MOBILE POLICE DEPARTMENT,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and General Local Rule 72(a)(2)(S) and dated March 7, 2025, (Doc. 4), is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to pay the required filing fee or to file a motion to proceed without prepayment of fees and for Plaintiff's failure to comply with the Court's order.

**DONE and ORDERED** this **25th** day of **March 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**